ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Quadriga Services, OOD | ) ASBCA No. 63989 |
| | ) |
| Under Contract No. FA5606-20-D-0002 | ) |

APPEARANCES FOR THE APPELLANT:    Ryan C. Bradel, Esq.
Matthew E. Saliman, Esq.
 Ward & Berry PLLC
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
 Air Force Deputy Chief Trial Attorney
Aaron J. Weaver, Esq.
Hector M. Riverahernandez, Esq.
 Trial Attorneys

ORDER OF DISMISSAL

By correspondence dated November 5, 2024, appellant indicated it wishes to voluntarily dismiss this appeal. The government has not objected to appellant's request. Accordingly, the appeal is dismissed from the Board's docket with prejudice.

Dated: December 4, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63989, Appeal of Quadriga Services, OOD, rendered in conformance with the Board's Charter.

Dated: December 4, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals